# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ANITA WALKER, individually and on behalf of all others similarly situated,

V.

MASSACHUSETTS FINANCIAL SERVICES COMPANY, MASSACHUSETTS FINANCIAL SERVICES COMPANY RETIREMENT COMMITTEE, JEFFREY L. SHAMES, JOSEPH W. DELLO RUSSO, ERIC BURNS, AND DOES 1-100

**SUMMONS IN A CIVIL CASE**

03   12629 JLT

CASE NUMBER:

TO: (Name and address of Defendant)   Eric Burns, c/o Massachusetts Financial Services Company, 500 Boylston Street, Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.,
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 30 2003

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

_____
Address of Server

---

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.
February 20, 2004

I hereby certify and return that on 2/19/2004 at 1:40:00 PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to C. Flynn, Security, agent, person in charge at the time of service for Eric Burns, at , 500 Boylston Street, Massachusetts Financial ServicesCompany Boston, MA 02116. Basic Service Fee (IH) ($35.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total charges $41.00

John E. O'Brian
Deputy Sheriff