UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANITA WALKER,                              )<br>                                                        )<br>        Plaintiff,                              )<br>                                                        )<br>        v.                                           )<br>                                                        )<br>                                                        )<br>MASSACHUSETTS FINANCIAL       )<br>SERVICES COMPANY, MASSACHUSETTS )<br>FINANCIAL SERVICES COMPANY   )<br>RETIREMENT COMMITTEE, JEFFREY )<br>L. SHAMES, JOSEPH W. DELLO RUSSO, )<br>ERIC BURNS, AND DOES 1-100,        )<br>                                                        )<br>        Defendants.                          )<br>                                                        ) | CIVIL ACTION<br>NO. 03-CV-12629-JLT |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT**

The undersigned parties hereby stipulate that the time for the Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be extended to April 26, 2004.

*[signatures on next page]*

LITDOCS:540679.1

| | |
|---|---|
| **ANITA WALKER**<br>By her attorney, | **MASSACHUSETTS FINANCIAL SERVICES COMPANY, MASSACHUSETTS FINANCIAL SERVICES COMPANY RETIREMENT COMMITTEE, JOSEPH W. DELLO RUSSO, and ERIC BURNS**<br>By their attorneys, |
| /s/ Peter A. Lagorio<br>Peter A. Lagorio<br>Gilman And Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA  01906 | /s/ Christina N. Davilas<br>Donald K. Stern<br>John R. Snyder<br>James S. Rollins<br>Jason A. Tucker<br>Mary B. Murrane<br>Christina N. Davilas<br>Lara N. Gelbwasser<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110 |
| Schiffrin & Barroway, LLP<br>Richard S. Schiffrin<br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Edward W. Chang<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA  19004 | **JEFFREY SHAMES**<br>By his attorneys,<br><br>/s/ James C. Rehnquist<br>James C. Rehnquist<br>Brett C. Gerry<br>Abigail K. Hemani<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA  02109 |

Dated:  March 9, 2004

LITDOCS:540679.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANITA WALKER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY, MASSACHUSETTS )<br>FINANCIAL SERVICES COMPANY )<br>RETIREMENT COMMITTEE, JEFFREY )<br>L. SHAMES, JOSEPH W. DELLO RUSSO, )<br>ERIC BURNS, AND DOES 1-100, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 03-CV-12629-JLT |

## **ORDER**

This Court hereby ORDERS that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be extended to April 26, 2004.

SO ORDERED.

_____

Dated: _____, 2004.

LITDOCS:540679.1