UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANITA WALKER, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br>   v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>                     Defendants | No. 03-12629-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendant Massachusetts Financial Services Company.

                                                  Respectfully Submitted,

                                                  MASSACHUSETTS FINANCIAL
                                                  SERVICES COMPANY,

                                                  By their attorneys,

                                                  /s/ Jonathan A. Shapiro
                                                  Jeffrey B. Rudman (BBO #433380)
                                                  William H. Paine (BBO #550506)
                                                  Jonathan A. Shapiro (BBO #567838)
                                                  Hale and Dorr LLP
                                                  60 State Street
                                                  Boston, MA  02109
                                                  (617) 526-6000

April 6, 2004

BOSTON 1884128v1

-2-

## CERTIFICATE OF SERVICE

   I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Peter A. Lagorio | Richard S. Schiffrin |
| Gilman and Pastor, LLP | Joseph H. Meltzer |
| Stonehill Corporate Center | Edward W. Ciolko |
| 999 Broadway, Suite 500 | Edward W. Chang |
| Saugus, MA  01906 | Schiffrin & Barroway, LLP |
| | Three Bala Plaza East, Suite 400 |
| | Bala Cynwyd, PA 19004 |

John D. Donovan, Jr.
Jane Willis
Carisa Kleymeyer
Ropes & Gray
One International Place
Boston, MA 02110-2624

                                        /s/ Jonathan A. Shapiro_____
                                        Jonathan A. Shapiro

Dated:  April 6, 2004