UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANITA WALKER, Individually and on Behalf of
All Others Similarly Situated,

          Plaintiff,

v.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, ET AL.,

          Defendants

No. 03-12629-JLT

### STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff and defendants, by their undersigned counsel, hereby stipulate and agree that the time within which defendants may answer, move, or otherwise respond to the complaint in this action shall be governed by any scheduling order(s) imposed by the U.S. District Court for the District of Maryland in MDL 04-1586.

On March 17, 2004, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants filed a notice identifying this case as a tag-along action to those already consolidated by the Judicial Panel in In re Mutual Funds Investment Litigation, MDL No. 04-1586. According to the Clerk of the Judicial Panel, an order transferring this action to the District of Maryland for consolidation with the cases already transferred is forthcoming. The parties, therefore, agree that the time by which defendants may answer, move, or otherwise respond to the complaint in this action will be governed by the scheduling order of the U.S. District Court for the District of Maryland, the transferee court.

Plaintiff and defendants respectfully request that the Court approve their stipulation.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| ANITA WALKER, Individually and on behalf of all others similarly situated, | MASSACHUSETTS FINANCIAL SERVICES COMPANY, MASSACHUSETTS FINANCIAL SERVICES COMPANY RETIREMENT COMMITTEE, JOSEPH W. DELLO RUSSO and ERIC BURNS, |
| By her attorneys, | By their attorneys, |

/s/ Jonathan A. Shapiro / by permission
Peter A. Logario (BBO #567379)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

JEFFREY L. SHAMES,

By his attorneys,

/s/ Jonathan A. Shapiro / by permission
James C. Rehnquist (BBO #552602)
Abigail Hemani (BBO #650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

-2-



So ordered
/s/ Tauro J
5/17/04

April 26, 2004

SO ORDERED:

Dated:_____     _____

Joseph L. Tauro
United States District Judge

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Peter A. Lagorio
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

James C. Rehnquist
Abigail Hemani
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro

Dated: April 26, 2004