UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ANITA WALKER, individually and
on behalf of all others similarly situated,

                Plaintiffs,

                                03-12629-JLT

v.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, MASSACHUSETTS FINANCIAL
 SERVICES COMPANY RETIREMENT
COMMITTEE, JEFFREY L. SHAMES,
JOSEPH W. DELLO RUSSO, ERIC BURNS,
 AND DOES 1 - 100,

                Defendants.

_____

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 26, 2005                                                   Respectfully submitted,

> /s/ David Pastor_____
> David Pastor (BBO # 391000)
> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701
>
> Counsel for Plaintiffs

00004820.WPD ; 1