## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANITA WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, MASSACHUSETTS FINANCIAL SERVICES COMPANY RETIREMENT COMMITTEE, et al.;<br><br>Defendants. | Civil Action No. 03 12629 JLT |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the plaintiff in this action.

Dated:   June 1, 2005                                   Respectfully submitted,


/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Attorney for Plaintiffs